# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

RECEIVED NOV 19 2012 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

United States of America
v.

MARK ANTHONY SIEVERT

*Defendant*

Case No. 3:12-mj-96

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Mark Anthony Sievert, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Attempted Enticement of a minor in violation of 18 USC § 2422(b) and Sexual exploitation of a child (production of child pornography) in violation of 18 USC §§2251(a) & (e).

Date: 11/16/2012

Thomas J. Shields, Chief U.S. Magistrate Judge
*Name and Title of Issuing Officer*

City and state: Davenport, Iowa

*Printed name*

### Return

This warrant was received on *(date)* 11/16/2012, and the person was arrested on *(date)* 11/19/2012
at *(city and state)* Davenport, IA.

Date: 11/19/2012

*Arresting officer's signature*

Jeffrey S. Huby, FBI Special Agent
*Printed name and title*